Violet Marie (Deshon) WOOD, Respondent,

v.

Robert Darrell DESHON, Appellant.

No. WD42737.

Missouri Court of Appeals, Western District.

Oct. 9, 1990.

Jane C. Sachs, St. Joseph, for appellant.

Grace S. Day, St. Joseph, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from a judgment modifying maintenance payments in a divorce proceeding.

Affirmed. Rule 84.16(b).